

U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

*150 M Street, N.E.*
*Karen Ferguson , EMP, 4CON, Room 9.514*
*Washington, DC 20530*

March 31, 2023

Ms. Dequorria Woodard
c/o Gary Martoccio, Esquire
Spielberger Law Group
4890 W. Kennedy Blvd.
Suite 950
Tampa, FL  33609

Re:  EEOC Charge Against Rome City School District, et al.
    No. 410202207607

Dear Ms. Woodard:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action against the above-named respondent under:  Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., and,  Title V, Section 503 of the Act, 42 U.S.C. 12203.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

    The investigative file pertaining to your case is located in the EEOC Atlanta District Office, Atlanta, GA.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                  Sincerely,

                                  Kristen Clarke
                            Assistant Attorney General
                              Civil Rights Division

                by    /s/ Karen L. Ferguson
                       Karen L. Ferguson
             Supervisory Civil Rights Analyst
             Employment Litigation Section

cc: Atlanta District Office, EEOC
    Rome City School District, et al.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Dequorria Woodard** | **(762) 313-5188** | **01/19/1984** |

| Street Address | City, State and ZIP Code |
|---|---|
| **Po Box 3194** | **Rome, GA 30164** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **Rome City School District** | **15+** | **(706) 236-5050** |

| Street Address | City, State and ZIP Code |
|---|---|
| **508 East Second Street** | **Rome, GA 30161** |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest: **03/01/2022**  Latest: **05/27/2022**<br>☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**Statement of Harm:** Rome City School District ("RCSD") discriminated and retaliated against me because of my race (African American) and my disability and/or perceived disability. I was also retaliated against for my engagement in protected activity.

I was employed by RCSD at Anna K. Davie Elementary School as a Paraprofessional 2 until my unlawful termination. During my tenure, Amanda Eckhardt (Caucasian) harassed me because of my disability and my race. For example, Ms. Eckhardt regularly chastised me because of my Post Traumatic Stress Disorder, making comments to the effect of, "*I know you have PTSD and I know you do not like people standing behind you,*" and "*You can only handle one kid at a time?*" I reported the discriminatory comments, however RCSD took no remedial action. No employees outside of my race were subjected to such hostile and discriminatory treatment.

Additionally, on March 22, 2022, RCSD failed to properly staff my classroom and as a result I suffered a torn meniscus and severely injured my ankle. Subsequently, to remain mobile, I required the use of crutches. When I returned to work, Lorraine Reeves, Assistant Principal, told me, "*You can't be here on crutches, that's a liability,*" and demanded that I leave and not return until I was cleared to walk without crutches. RCSD failed to engage with me in the interactive process or offer a remedial solution.

***Continued on Page 2***

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 07 / 28 / 2022    *Dequorria Woodard*<br>Date                              Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

|  |  |
|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:   Agency(ies) Charge No(s):<br>☐ FEPA<br>☒ EEOC |

_____ and EEOC
State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Continued from Page 1**

A few days later Felicia Jackson, Principal, began harassing me by calling me to demand I return to work despite the fact I was not cleared to walk without crutches. Eventually, I was cleared to return to work and upon my return, Ms. Eckhardt continued to harass me because of my disability and/or perceived disability and my race and yet again, RCSD failed to engage with me in the interactive process.

Shortly after returning to work, Ms. Eckhardt made a comment to me to the effect of, "*This class is not for the weak,*" and in doing so insinuated that I was weak due to my disability.

On one occasion, I informed RCSD of an upcoming follow up appointment with my treating physician, to which RCSD responded by threatening my position and forcing me to cancel the appointment as to avoid missing work. Additionally, RCSD failed to abide by the terms of my light duty orders, and as a result the symptoms of my disability were exacerbated by the harassment and discrimination I faced such that I was forced to seek further medical treatment. I reported each of these instances of discrimination to Ms. Jackson, however, no remedial action was taken and RCSD failed to engage with me in the interactive process.

Following my medical care, I returned to work and provided Ms. Jackson with a doctor's note. In response, Ms. Jackson threatened me and told me "**You're not going to have a spot here next year.**" Very soon after, on May 27, 2022, RCSD terminated me.

**Statement of Discrimination:** RCSD discriminated and retaliated against me because of my race in violation Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.* and because of my disability and/or perceived disability, in violation of Title I of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101 *et seq.*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 07 / 28 / 2022         *Dequorria Woodard*<br>Date                Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

**INCIDENTS:**

| Date | Name | Description |
|---|---|---|
| 1/1/2020 | John Smith | John Smith called me "TERM" in front of WITNESS NAME |
| 3/14/2022 | Amanda Eckhardt | Amanda first started acting as though I was incapable of doing my job by saying you can't handle more than one kid while walking a kid upstairs and downstairs. She then continued to belittle me for not being up to speed and grabbing a bunch of kids. All this was done in front of the other para in the room Tashawn Kinney (she is the girl I was texting with) (This is also my first official day in this room) |
| 3/21/2022 | Amanda Eckhardt | Things continued to go as they were, this time, there were two certified teachers in there as well. (2nd official day in the room) |
| 3/22/2022 | | Things began to take a tole downward, one of the teachers, Megan Laipple, was relieved from her position |
| 3/22/2022 | | This is the day I officially hurt myself. Ms. Kinney is one on one, so she left the room first to change her one-on-one kid, then Ms. Amy Satterfield, (the certified teacher), left to make a copy of the behavioral sheets. (I was out from March 15-18, because I was facing eviction and I had to take care of all that. I made Ms. Jackson aware, and it was approved for me to come back on that Monday March 21. Apparently, there was an issue where the cops were involved, I have no knowledge of that because I wasn't there. But I do know after this day, they had to start making copies. Amanda proceeded to leave to leaving me alone with all 11 kids. And while I was trying to get the room under control, this is when I tripped over one of the kid's backpacks and hurt my ankle. |
| 3/23/2022 | Amanda Eckhardt | Amanda went in bad with the bullying as well, and this is the first day I acknowledged that I have PTSD. Because this is the first day, she stated I know you don't like people standing behind you and I said no I have PTSD. This entire day she kept just pressing me bad. But there was also another person here today, JESSI PRESLEY, she was there to get Ms. Satterfield prepared to take over the class. And while she was there, I specifically asked her what my assigned duties were periodically throughout the day. Because prior no one has even explained anything to me. And when I started doing only what Ms. Presley stated to me, Amanda got a lot more aggressive with her insults and her disappearing. |
| 3/29/2022 | | Things continued at the same progress, I went in thinking I was being put on the light duty, but Ms. Jackson informed that I was to still go back to Ms. Laipple's room. There was another person, she was a sub for the year, but I don't know her full name, Ms. Deering. Because she was in there, Amanda didn't do anything she left the room every chance she got. It got so bad that rather than being in the classroom, she even spent the whole day doing a bulletin board outside of the class. This went on all the way up to spring break which started April 4. By the time I left the school April 1, I was not able to sit down, and the pain elevated all the way up my leg. Prior to us leaving for spring break, |

| | | |
|---|---|---|
| | | Ms. Kinney and Ms. Satterfield had planned a pizza party for the kids. However, Ms. Satterfield was out for a while, so the things that was supposed to be brought in on her end wasn't brought in. I asked my mom who lived less than 2 minutes from the school if she could go get the drinks. My mom went to get them, and when I was supposed to go get the drinks from her in the parking lot, Amanda made a comment about me leaving. |
| **April 11- April 15 2022** | Amanda Eckhardt | Coming back from spring break, I came back to the same belittling, and her constantly standing over my shoulders and constant picking. April 15, she, Amanda said this class isn't for the weak referring to me. This was said in front of Ms. Deering. The comment was made after Ms. Reeves came in and announced the meeting, and because I wouldn't address to her, Amanda, what the meeting was about, she got really upset and hostile. And just started making a lot of comments. (April 15, we got a text message saying Ms. Kinney daughter had her baby, so she would be out for a while.) So, no meeting April 18. And all of Ms. Kinney's duties fell on me. Her one-on-one kid was not easy to deal with at all. He never sat down. And when you try to get him to come back to where he is supposed to be he will fall out in the floor and crawl around and won't get up, you must physically lift him up. Every time Ms. Kinney was out, her one-on-one was left on me. No, light duty at all. And Ms. Satterfield was out. She was set to come back April 18 (I believe that was shown in some of the text screenshots I've already sent. I informed her of the meeting) |
| **April 18, - May 20, 2022** | Amanda Eckhardt | Pretty much the remainder of the year went on the same. Nothing was ever done to address the bullying by Amanda, nor her triggering my PTSD by constantly standing behind me. She knew what she was doing was wrong, and it seemed to have gotten worse, because it was never addressed, and she felt as though I was weak because I didn't handle it myself. There have been several occasions where, the students would hit other kids and kick them, and I would punish by putting in time out or take away chrome books for the behavior, but she would disregard what I was doing. Down to her giving other kids food away that they were bringing from home. There were at least two kids whose parents would send their lunch and keep an eye on what they were eating, when I seen her give one of the kids' foods away, and I made her aware of that, she asked if I had that in writing. And still proceeded to give the food away because she "wanted to eat her lunch and she was tired of telling him to sit down and stopping her from taking the food anyways." When I told her she's not supposed to take a picture of the kid whose parent didn't want any pics take, she would still proceed to take the pictures adding that she wasn't going to post them on Facebook anyways. And when we found out a kid was allergic to pork and wasn't supposed to eat a particular thing, she proceeded to say well he wanted it anyways, even when I said but his mom specifically said he couldn't have it. She would pick the pork off and give it to them like it was okay. April 19, I missed my mammogram appointment to not miss work. Rather than May 19, I proceeded to leave for my Dr. |

| | | |
|---|---|---|
| | | appointment, which was prescheduled, and the teacher (Ms. Satterfield) was aware I had to go to but had to wait until we back from the field trip to leave, Amanda told me to wait until she gets back from taking the wagon to the library. I didn't wait. I left. |
| May 20, 2022 | Amanda Eckhardt | This is where things hit the roof. I stopped reporting stuff because nothing was getting done. But this was field day. I was late because I had a Dr's appointment (I couldn't miss this one because I kept having headaches, but I kept missing my neurology appointments because of work, but this day I made the decision to put my health first). (The only time the entire year I was late. I was there at 7:15 every morning because I rode the bus). Knowing that it was field day, and my appointment was scheduled for 10, I got up extra early and went to the Dr's office by 8 via public transportation. And made it back to the school via public transportation by 10 which was my initial appointment time. Well, I guess there was an issue because I was late with Amanda, because she started making comments in regard to me not doing anything all day. But I had just gotten to the school and found where they were, I sent Ms. Satterfield a message about where they were and when she responded back, I went outside to their area. There were still some of our kids sitting on the bus ramp, so I stayed with those kids, especially the ones I knew wasn't going to participate. Amanda came up making rude comments about how I wasn't helping out, but I literally had just gotten there. (I turned both my doctor notes into Ms. Jackson, from May 19, and May 20) I just let it slide. My mom had cashed app me some money for my niece to eat lunch with because she was unable to come, because she had just gotten out of the hospital and had appendicitis. And my sister couldn't take off because she works at a Dr's office. I asked My niece's teacher (Ms. Carter), to let me know when they were on lunch. Ms. Carter sent me a text at 10:41AM and told me they were getting lunch then. I didn't leave the class immediately I waited until everyone was back in there, and I asked Ms. Satterfield if I could go get her lunch. (I had a very open communication relationship with Ms. Kinney and Ms. Satterfield. So, they were already aware of what was going on with my mom. I had even asked prior to this day could I leave when they go to lunch to get her lunch. As with her awards ceremony that was on May 26, because I had stated that I could come in after all that if it was an issue with me leaving to go there and coming back. But she had assured me, it was fine both days.) (It's not uncommon for paras or teachers, whose kids or even siblings to attend the things that were going on for their family that goes to school there. For example, during the awards day for our class, one of the paras whose brother was in our class, came in to attend his awards ceremony.) On May 20, 10:41 AM I asked Ms. Satterfield if I could go ahead and go get my niece's lunch. She told me that was fine. At 11:20 AM she told me they needed me back in the class. So, I came back. Upon getting back, I found out that Amanda had left the school, to go get pizza and sodas, (this isn't usual, most teachers and staff do DoorDash, because we aren't allowed to leave |

| | | |
|---|---|---|
| | | once coming in unless we sign out at the front office (she didn't)). When she came back, I continued with my lunch duties of feeding the kid that I was assigned to feed during lunch. And continued to sit with her through the day. We went back outside to finish participating with field day once everyone ate lunch and settled. Ms. Satterfield sent Ms. Kinney to the Italian Ice station to get 12. Yes, she gave Ms. Kinney a crate to sit them all in, but Ms. Kinney had already been complaining about her leg was hurting. So, once we got outside, I asked Ms. Satterfield aside from everyone else could I go help her, when she told me no, she needed my help with keeping eyes on the kids, I was okay with it. I did not join the class in the playground, but I was watching them from outside the gate. While watching the kids, Amanda came in my eyesight, and she had her arms out like why you are not doing anything. And being confrontational with her body language. She said to me I should've stayed home because I wasn't doing anything anyways. And that I was trying to go back through the line. And so, I just walked off to go to Ms. Carter's class. With her yelling at me don't come back. |
| May 17, 2022 | Amanda Eckhardt | As part of EOY activities, the school was hosting a PBIS celebration. This day, Amanda nor Ms. Satterfield did any teaching. I was in fact left with the entire class. Because Amanda wanted to do tie dye shirts, she went to the resource room to get shirts. So, while both her and Ms. Satterfield, was getting shirts ready for tie dye, (they had people outside that would have done it and would have assisted with everything) so, again I was left with the entire class alone, I was doing the morning routine, after they got finished with doing all 12 shirts, Amanda came over said I was incapable of leading the class and went back over everything else I covered. Said ya'll didn't learn the vowels. And later that day while outside, they left all the kids on me again who would not stay in the area because they wanted to play on the bounce house, but it wasn't their time yet. When I said I wasn't chasing anymore kids they need to come help, she belittled me again for not being able to keep 10 kids off the bounce house and seated. She started making the comments about this class not being for the weak again and if you can't handle it you need to stay home. And she kept picking. One instance, one of the kids went into the big bathroom. He went in, I gave him my look and he came right back out. So, she stops all the kids and said, DeeDee can you get the kid out of the bathroom, who wasn't in the bathroom anymore, because I had already handled it. And she just stood there when I didn't move. I did snap back and said if you count all the kids are here. To which she responded you don't have to get so testy. |

**REPORTING:**

| Date | Name | Method | Description |
|---|---|---|---|

| 2/2/2020 | Jane Doe | Email | I reported racial discrimination by Mr. Smith by email to Jane Doe. (See attached email) |
|---|---|---|---|
| 3/14/2022 | Felisha Jackson | Verbal | I reported the incident from that day to Ms. Jackson. And expressed to her that I don't accept bullying in the workplace. My PTSD won't allow me to handle it, so, to keep me from getting out of character that I would let them handle it. I also expressed my concerns about not coming back because of it. |
| 3/24/2022 | Lorraine Reeves | Verbal/written | I returned to work after going to the emergency room the night before. I took the paperwork to the office, but no one was there, and I was prepared to work that day, but Amanda kept leaving and I was left with a lot of work on me and couldn't sit. So, I went to the office again. This time Ms. Kelly Overby, was in there, she had me do an incident report for my injury, and she called Ms. Reeves, who told me I was a liability and could not be there until I was off crutches that she couldn't reassign me at that moment. And they received my Drs note that day. |
| 3/28/2022 | Felisha Jackson | Verbal/written | Ms. Jackson called me while I was in the Dr's office, Harbin sports medicine. It was my first appointment. She wasn't aware of the incident. She stated that no I should've never been told that I couldn't come back until I was off crutches, I should've just been put on the light duty. She informed me that she was out of the office that day and Friday, she was back today 3/28, could I bring in the notes from that visit. My mom took me by the school that day, around 1 pm to drop all those notes off, (they did take me off crutches but put me on an ankle brace). My mom went in the building with me, and Ms. Jackson confirmed in front of both of us that when I come back, she would honor the light duty. |
| **April 15, 2022** | Lorraine Reeves | Verbal | I went to the office to talk to Ms. Jackson, but she wasn't available, so I spoke Ms. Reeves, (prior to this time, I went back to Ms. Jackson about everything that was going on again. And about the bullying, Ms. Jackson did peek her head in the room, but I never noticed anything being done. She told me she would talk to Ms. Eckhardt because again I told her I couldn't take the bullying, I didn't want to be in Special Ed, but its okay, its not the kids that are hard for me, its Amanda.) April 15, I spoke with Ms. Reeves, we walked and talked back to the class as I explained to her how I've been going to Ms. Jackson, but nothing is being done. How Amanda was constantly leaving me with the kids (still 11 at the time) and her constantly triggering my PTSD. She said we all need to have a meeting to |

| | | | |
|---|---|---|---|
| | | | learn to work as a team. She would get with Ms. Jackson to get it scheduled. Ms. Reeves came back later that day to say we were having a meeting after school on April 18. |
| **April 18, 2022** | | Text/Verbal | I attended my Dr. appointment when the dr. informed me, I needed to do physical therapy, or I would mess my leg up even more. I informed Ms. Satterfield (teacher whose room I was a para in), and I informed Ms. Reeves and Ms. Jackson. |
| **May 20, 2022** | Felisha Jackson | Verbal | After I talked with Ms. Cater for a bit, she told me to go talk to Ms. Jackson and tell her what happened. I had them call Ms. Jackson over the walkie and informed her of what happened. She told me she'll take care of it to email her a report. And to go back to class and not say anything to Amanda |
| **May 23, 2022** | Felisha Jackson | Email | I emailed her my written statement officially. |
| **May 26, 2022** | Felisha Jackson | Verbal | Ms. Jackson called me in her office. She informed me that there wasn't a position for me next year which is why on the list there was nothing listed for me. That I didn't want special ed and those are all the positions they had next year. And because of my injury I couldn't be in special ed anyway. She proceeded to address the incident from May 20 and said that she spoke with Ms. Satterfield and Ms. Satterfield told her I was gone for two hours which wasn't true. And that I needed to stay with the kids I'm assigned to that I should have given my card to my niece's teacher, (again other staff does leave and join their family's class). I went back to the class to gather my things, and just after she told me I had to stay with the kids, Amanda (who I've been telling them was not with the kids and would leave at 45 minutes to an hour at a time) was sitting in the hall on her phone with the door closed. I did email Ms. Jackson later that morning to inform her of the discrepancies in the times and sent her screenshots of the texts. And I also stated that I felt like it was a cover up for the bullying the girl was doing because I've been reporting it the entire time to her and Ms. Reeves but nothing has been done. She said she didn't know I was reporting to Ms. Reeves that she would get her to write statements as well. |
| | | | |